UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

LARRY TATE,

    Plaintiff,                                               Criminal Case No. 17-CV-12221

vs.                                                       HON. BERNARD A. FRIEDMAN

CAPITAL BANK,

    Defendant.
_____/

## OPINION AND ORDER GRANTING PLAINTIFF'S APPLICATION TO PROCEED IN FORMA PAUPERIS

This matter is before the Court on plaintiff Tate's application to proceed *in forma pauperis* [docket entry 2]. Under 28 U.S.C. § 1915(a)(1), the Court may waive a person's filing fees if he shows that he is "unable to pay such fees." Having reviewed the complaint and plaintiff's affidavit, the Court finds plaintiff unable to pay the required filing fee.

Accordingly,

IT IS ORDERED that Tate's application to proceed *in forma pauperis* is granted.

                                                  s/Bernard A. Friedman
                                                  BERNARD A. FRIEDMAN
                                                  SENIOR UNITED STATES DISTRICT JUDGE

Dated: September 13, 2017
        Detroit, Michigan

### CERTIFICATE OF SERVICE

The undersigned certifies that the foregoing document was served upon counsel of record and any unrepresented parties via the Court's ECF System to their respective email or First Class U.S Mail addresses disclosed on the Notice of Electronic filing on September 13, 2017.

                                                  s/Teresa McGovern
                                                  Case Manager Generalist