UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

LARRY TATE,

      Plaintiff,                                     Civil Action No. 17-CV-12221

vs.                                            HON. BERNARD A. FRIEDMAN

CAPITAL BANK,

      Defendant.
_____/

## JUDGMENT

      The Court has issued an order in this matter dismissing the complaint. Accordingly,

      IT IS ORDERED AND ADJUDGED that judgment be and is hereby granted for defendant against plaintiff.

                                  DAVID J. WEAVER
                                  CLERK OF COURT

                                  By: Johnetta M. Curry-Williams
                                      Deputy Clerk

Approved: s/Bernard A. Friedman
               BERNARD A. FRIEDMAN
               SENIOR U.S. DISTRICT JUDGE

Dated:  April 16, 2018
Detroit, Michigan